IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER LUTTRELL, individually, and as Special Administrator of the Estate of Karrie Luttrell, deceased,<br><br>  Plaintiff,<br><br>vs.<br><br>DARSHAN SINGH GILL, SOHAL BROTHERS, INC. and AJITPAL SINGH,<br><br>  Defendants. | Case No. 06C 4336<br><br>Judge Suzanne B. Conlon<br><br>Magistrate Judge Geraldine Soat Brown |

## AGREED ORDER

## AUTHORIZING SETTLEMENT OF ACTION FOR WRONGFUL DEATH AND DISMISSING ACTION, WITH PREJUDICE

This cause coming to be heard upon the Verified Petition of Christopher Luttrell, individually, and as the duly qualified and acting Special Administrator of the Estate of Karrie Luttrell, deceased; and

It appearing to the Court that the Petitioner has filed an action for damages for wrongful death of the decedent arising out of an occurrence that took place as described in the Petition;

It further appearing to this Court that heirship has been proved, showing that decedent died intestate and left surviving, as heirs and next of kin, at the time of her death the following:

> Christopher Luttrell, husband
> Lindsey Lutrell, daughter
> Christopher Luttrell, Jr., son

It further appearing to the Court at the time of the demise of the decedent the percentage of the relative degree of dependency of the next of kin on the decedent was as follows:

> Christopher Luttrell, 50%
> Lindsey Luttrell, 30%
> Christopher Luttrell, Jr., 20%

It further appearing to the Court that an offer of settlement of the claim for wrongful death has been made by the Defendants in the sum of $525,000 in exchange for a properly executed release of any and all claims and the Petitioner and his attorneys have recommended that the offer be accepted; and

It further appearing to the Court that the offer of settlement is fair, reasonable, and in the best interests of the minor.

IT IS THEREFORE ORDERED:

1. That the petitioner is authorized to accept the offer of $525,000 in settlement of the claim for damages for the wrongful death of Karrie Luttrell, deceased, and that the petitioner execute a release of any and all claims and consideration of said offer of settlement as to Defendants.

2. That the proceeds of the settlement received by the Petitioner, less the hereinafter mentioned attorneys fees and costs, be distributed to the next of kin in the following percentages:

> Christopher Luttrell, 50%
> Lindsey Luttrell, 30%
> Christopher Luttrell, Jr., 20%

3. That in regard to the wrongful death claim, the Petitioner pay the law firm of Bishop, Rossi & LaForte, Ltd. the sum of $175,000, as and for attorney's fees, and the sum of $37,467.91 to reimburse said firm for costs advanced for litigation, investigation and the filing of this suit.

4. After deduction of attorneys fees and expenses, the net proceeds shall be distributed as follows:

| | |
|---|---|
| Christopher Luttrell, | $156,266.04 |
| Lindsey Luttrell, | $ 93,759.63 |
| Christopher Luttrell, Jr., | $ 62,506.42 |

5. That the $525,000 for the wrongful death of Karrie Luttrell is allocated to Count III of the Verified Complaint at Law.

6. That the settlement, which has been found by this Court to be fair, reasonable and in the best interests of all minor next of kin, shall be binding on all next of kin and their assigns, heirs, representatives and guardians, now or later appointed.

7. The Petition shall stand as a final account against Defendants.

8. The settlement is approved and the Special Administrator is authorized and directed to execute releases upon receipt of the sum offered and to distribute the proceeds in accordance with the provisions of this Order, provided that the amounts distributable to Christopher Luttrell, Jr., minor, shall be paid only to a guardian appointed by the Probate Division of the Circuit Court for the 12th Judicial Circuit, Will County, Illinois, and this Order shall be effective only after the entry in said Probate Division of an Order approving the bond or other security required, if required, to administer the settlement and distribution provided for in this Order.

9. Plaintiff's Complaint and Defendants' Counterclaims are hereby dismissed, with prejudice.

Dated: May 30, 2007

_Suzanne B. Conlon_
JUDGE

Raymond E. Rossi, ARDC #3128164
George F. LaForte, Jr., ARDC #6231063
BISHOP, ROSSI & LAFORTE, LTD.
Two TransAm Plaza, Suite 200
Oakbrook Terrace, IL 60181
630.916.0123